FILED
SEP 25 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY
DEPUTY CLERK

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

United States of America
v.
Jose CAPOTE-Pozo
11/02/1982

*Defendant(s)*

Case No. DR20-166SM

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 24, 2020 in the county of Val Verde in the Western District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 USC 1324(a)(1)(A)(v)(I) & (B)(i) | 8 USC 1324 (a)(1)(A)(v)(I) & (B)(i), Conspiracy to Transport Illegal Aliens: did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown, to commit the following offense against the United States: to transport and move, and attempt to transport and move, by means of transportation or otherwise, aliens who entered and remained in the United States in violation of law, knowing and in reckless disregard of the fact said aliens came to , entered, and remained in the United States in violation of law. |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

*Complainant's signature*

Samuel I. Green, HSI Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/25/2020

*Judge's signature*

City and state: Del Rio, Texas

Honorable Collis White, U.S. Magistrate Judge

*Printed name and title*

**Attachment A**

Homeland Security Investigations (HSI) was notified of an alien smuggling attempt which was interrupted by Customs and Border Protection/Office of Border Protection (CBP/OBP) Del Rio, Texas agents on September 24, 2020. A black Chevrolet Tahoe was seen by a CBP/OBP agent traveling north towards the Border Patrol Checkpoint on Highway 277 near Del Rio, Texas at approximately 12:35 AM. There were no other vehicles on the road at this time. The black Chevrolet Tahoe never made it to the checkpoint and was seen a second time by the CBP/OBP agent traveling south on Highway 277, away from the checkpoint.

The CBP/OBP agent stopped the vehicle under the suspicion of the driver attempting to avoid the Border Patrol Checkpoint. Jose CAPOTE-Pozo (Cuban Permanent Resident, DOB: 11/2/1982) was identified as the driver of the vehicle. As CBP/OBP agents conducted a roadside interview of CAPOTE-Pozo, an agent operating a FLIR Scope observed a group of five (5) individuals south of the Border Patrol Checkpoint. CBP/OBP agents were able to locate the group of five (5) attempting to conceal themselves in the brush. All five subjects were citizens and nationals of Cuba. After detaining the subject (Jose CAPOTE-Pozo) under the suspicion of his involvement in undocumented alien (UDA) smuggling, he was transported to the Del Rio, Texas Border Patrol Station.

CBP/OBP agents conducted a post-Miranda interview of CAPOTE-Pozo did not admit to involvement in the transportation of UDAs. CAPOTE-Pozo gave consent for a search of his cellular phone. Messages detailing his involvement in the alien smuggling attempt were discovered during a search of the cellular phone. An outgoing message from the cellular phone suggested CAPOTE-Pozo was housing UDAs at the Subject Premises prior to smuggling them further into the United States.

Inside of CAPOTE-Pozo's phone, a photograph of one of the UDAs which were detained in the brush was also discovered. There were also WhatsApp messages between CAPOTE-Pozo and the photographed undocumented alien.