PROB 12A
(7/93)

# FILED

AUG 04 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
## WESTERN DISTRICT OF TEXAS

## Report on Offender on Supervision

Name of Offender: Jose Capote-Pozo Case Number: DR:20-CR-01569(1)-AM

Name of Sentencing Judicial Officer: Honorable Alia Moses, Chief United States District Judge

Date of Original Sentence: November 4, 2022

Date of 1st Revocation Sentence: April 25, 2024

Original Offense: Conspiracy to Transport Illegal Aliens, in violation of 8 U.S.C. § 1324

Original Sentence: 15 months imprisonment followed by a 3 year term of supervised release

1st Revocation Sentence: 12 months imprisonment followed by a 24 month term of supervised release

Type of Supervision: Supervised Release Date Supervision Commenced: November 6, 2024

---

### PREVIOUS COURT ACTION

No previous court action during this term of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Mandatory Condition No. 1: The defendant shall not commit another federal, state, or local crime during the term of supervision.** |

On March 20, 2025, the person under supervision was cited for no operator's license (class 3 misdemeanor) and excess windshield tint (class 5 misdemeanor); in Stanton County Court case #TR25-734. A failure to appear was entered on April 28, 2025, and a suspension request was sent to the Department of Motor Vehicles on June 6, 2025.

On May 7, 2025, the person under supervision was cited for no operator's license (class 3 misdemeanor); in Dodge County Court #TR25-696. A failure to appear was entered on June 23, 2025; however, a warrant was not granted.

On June 12, 2025, The person under supervision was cited for no operator's license (class 3 misdemeanor) and expired in-transits (class 5 misdemeanor); in Stanton County Court case #TR25-1392. He's scheduled for an initial appearance on July 29, 2025, at 1300 hours.

On July 14, 2025, the person under supervision was cited for driving under suspension (class 3 misdemeanor) and expired in-transits (class 5 misdemeanor); Stanton County Court case #CR25-225. He's scheduled for an initial appearance on August 26, 2025, at 1300 hours.

On July 23, 2025, the U.S. Probation Officer received a call from the Dixson County Sheriff that they had pulled over Mr. Capote-Pozo for no license, expired in-transits, and an unregistered vehicle. No further information was available at the time this report was prepared.

2. **Standard Condition No. 5: The defendant shall live at a place approved by the probation officer. If the defendant plans to change where he or she lives or anything about his or her living arrangements (such as the people the defendant lives with), the defendant shall notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, the defendant shall notify the probation officer within 72 hours of becoming aware of a change or expected change.**

The person under supervision informed the United States Probation Officer that he was evicted and was living out of his vehicle. When the probation officer informed the person under supervision he would be placed at a halfway house, he stated he could not and then provided an address along with a copy of a new residential lease, which had not been inspected or approved by the probation officer.

**U.S. Probation Officer Recommendation:** Mr. Capote-Pozo commenced his term of supervision on November 6, 2024, in the District of Nebraska. He has been in general compliance until his traffic violations between March 20, 2025, to July 23, 2025. The defendant called the Western District of Texas on July 23, 2025, and was verbally reprimanded and re-admonished to his condition in a language that he understands. The defendant acknowledged this reprimand and advised that he would not commit another traffic law violation and reside at a residence approved by the probation office. The defendant has been advised that any further non-compliance will result in further sanctions and/or adverse action from the Court. Therefore, it is respectfully requested that no adverse action be taken at this time.

Approved:

CA Sandoval

Cynthia A. Sandoval
Supervising U.S. Probation Officer

Respectfully Submitted,

Javier Vela Jr.
U.S. Probation Officer
Date: July 30, 2025
Telephone #: 830-308-6125

cc:

Andrew Gonzales
Assistant Deputy Chief U.S. Probation Officer

THE COURT ORDERS:

- [x] Approved as submitted.
- [ ] Submit a Request for Modifying the Conditions or Term of Supervision
- [ ] Submit a Request for Warrant or Summons.
- [x] Other Last chance

Honorable Alia Moses
Chief United States District Judge

8/4/25
Date